Virginia Mehrhoff, Plaintiff-Defendant in Error, v.
Jesse Moore and Charity Mae Moore, Defendants-
Plaintiffs in Error.

Gen. No. 9,818.

L. K. Hubbard, for plaintiffs in error; Richard W. Husted,
for defendant in error. Opinion by JUSTICE REYNOLDS. Not to be pub-
lished in full. Opinion filed November 5, 1952; released for publication
December 2, 1952.